C. H. BALDWIN, Petitioner, v. COMMIS-
SIONER OF INTERNAL REVENUE,
Respondent.

No. 11029.

United States Court of Appeals
Sixth Circuit.

April 13, 1950.

Thomas J. Bailey, Lansing, Mich., for petitioner.

Theron L. Caudle, Charles Oliphant, John M. Morawski, Ellis N. Slack, Robert N. Anderson, and Morton K. Rothschild, Washington, D. C., for respondent.

Before HICKS, Chief Judge, and ALLEN and McALLISTER, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of record, briefs and arguments of counsel, and on consideration thereof,

It is ordered and adjudged that the decision of the Tax Court entered March 29, 1949 be and the same is in all things affirmed upon the Memorandum, Findings of Fact and Opinion of the Tax Court entered on the same date.

Amanda BRYANT, Administratrix of the Estate of Fannie Mae Browne, deceased, Appellant, v. William GAINES et al., Appellees.

No. 11061.

United States Court of Appeals
Sixth Circuit.

April 20, 1950.

Chester K. Gillespie, John G. Pegg, Cleveland, Ohio, for appellant.

Edward R. Dorr, Cincinnati, Ohio, and Baker, Hostetler & Patterson, Cleveland, Ohio, for appellees.

Before ALLEN, McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record and briefs and oral argument of counsel.

And no reversible error appearing in the record:

It is ordered that the judgment be, and it hereby is, affirmed for the reasons stated in the memorandum opinion of the District Court.